IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAULINE PESTKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 11-cv-00018-MJR-PMF |
| | ) | |
| ST. ELIZABETH'S HOSPITAL OF THE | ) | |
| HOSPITAL SISTERS OF THE | ) | |
| THIRD ORDER OF ST. FRANCIS, | ) | |
| CRYSTAL M. CARMICHAEL, M.D., | ) | |
| ADRIAN L. BARCUS, M.D., and | ) | |
| ANWAR KHAN, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Come now the United States of America and defendant Adrian L. Barcus, M.D., by their attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and James M. Hipkiss, Assistant United States Attorney, and for their notice of removal pursuant to 28 U.S.C. § 2679(d)(2), state as follows:

1.  Defendant Adrian L. Barcus, M.D., is a defendant in a civil action now pending. A copy of the summons and complaint is attached as Exhibit A.

2.  In the complaint, plaintiff alleges that defendant Adrian L. Barcus, M.D. committed medical negligence.

3.  This action is removable pursuant to 28 U.S.C. § 2679(d)(2). Defendant Adrian L. Barcus, M.D. was at all relevant times acting within the scope of his employment for the United States of America, Department of the Air Force. Pursuant to 28 U.S.C. § 2679(d)(2), the Attorney

General, through the United States Attorney, has certified that defendant Adrian L. Barcus, M.D. was acting within the scope of his office or employment with the United States of America, Department of the Air Force, at the time the claim arose.  See Exhibit B.

    4.  Upon certification, any civil proceeding in a state court shall be removed to the United States District Court, and such action shall be deemed to be against the United States as a substituted party.  28 U.S.C. § 2679(d)(2).  Therefore, upon the certification, the case is removable.

    5.  Copies of the notice of removal are being served upon the plaintiff and the Office of the Clerk of the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois.

    WHEREFORE, the United States of America and defendant Adrian L. Barcus, M.D. respectfully remove this action to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. § 2679(d)(2).

    Respectfully submitted,

    STEPHEN R. WIGGINTON
    United States Attorney


    */s/ James M. Hipkiss*
    JAMES M. HIPKISS
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    Phone:   (618) 628-3700
    FAX:     (618) 622-3810
    E-mail:  Jim.Hipkiss@usdoj.gov

## Certificate of Service

I hereby certify that on January 7, 2011, I electronically filed **Notice of Removal** with the Clerk of Court using the CM/ECF system. Copies were mailed to the following:

Circuit Clerk
St. Clair County Courthouse
10 Public Square
Belleville, IL 62220

Lawrence J. Hess
The Rex Carr Law Firm, LLC
412 Missouri Avenue
East St. Louis, IL 62201

Kenneth M. Burke
Brown & James, P.C.
Richland Plaza I
525 West Main Street, Suite 200
Belleville, IL 62220-1547

Michael J. Nester
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, IL 62220-2190

Jeffrey R. Glass
Hinshaw & Culbertson LLP
521 West Main Street, Suite 300
P.O. Box 509
Belleville, IL 62222-0509

/s/ *James M. Hipkiss*
JAMES M. HIPKISS
Assistant United States Attorney