### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULINE M. PESTKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) NO. 3:11-cv-18-JPG-PMF |
| ST. ELIZABETH'S HOSPITAL OF THE | ) |
| HOSPITAL SISTERS OF THE THIRD | ) |
| ORDER OF ST. FRANCIS, CRYSTAL M. | ) |
| CARMICHAEL, M.D., UNITED STATES OF | ) |
| AMERICA, and ANWAR KHAN, M.D., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court on the Stipulation of Dismissal without prejudice (Doc. 27) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case.  Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to close this case.

SO ORDERED:

s/ J. Phil Gilbert
**DISTRICT JUDGE**

**DATED:  February 28, 2011**